■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ATKINS, Appellant.—Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered November 28, 1989, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to an indeterminate term of imprisonment of 11 to 22 years, is unanimously affirmed for the reasons stated in the companion case of *People v Chapman,* (185 AD2d 102 [decided herewith]).

Application by appellant granted. Concur—Murphy, P. J., Carro, Ellerin, Kassal and Smith, JJ.